## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTAL DIVISION

**SAMUEL ACKER; PHILLIP DAVIDSON;**
**TERRY MORROW, Each Individually and**
**on behalf of all others similarly situated**                    **PLAINTIFFS**

**v.**                              **No. 4:20-cv-852-DPM**

**PROTECH SOLUTIONS, INC.**                         **DEFENDANT**

### ORDER

Protech's motion, *Doc. 19*, is granted for good cause. The subpoenas to Protech's corporate representative and the Director of the Arkansas Department of Workforce Services, *Doc. 17-1 & 18-1*, for depositions Monday morning and Tuesday morning are quashed. The Acker plaintiffs' just-filed motion for early discovery, *Doc. 23*, is denied without prejudice. FED. R. CIV. P. 26(d)(1) & 30(a)(2)(A)(iii).

The Court expects cooperation and coordination among counsel in arranging discovery, not a flurry of last-minute filings or unilaterally scheduled depositions on short notice. If the parties cannot agree, then they must follow the letter and spirit of this Court's usual Scheduling Order. The Court has attached its standard language.

Briefing schedules are almost always flexible. The Court will need to set a new one here given all the recent filings. The schedule in *Doc. 9* is suspended. Please file an agreed proposal or a joint report on the

possible early discovery.  The Court notes the amended complaint and
new papers about injunctive relief.  This will spin out in due course.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 July 2020

**Discovery Disputes.** Counsel should confer in good faith *in person* before bringing any discovery dispute to the Court. Do not file motions to compel. Do not file a motion to quash or for protective order unless there is an emergency. If the parties reach a discovery impasse, they should file a joint report explaining the disagreement. File this paper under the CM/ECF event called "Joint Report of Discovery Dispute". Your joint report must not exceed ten pages, excluding the style and signature block. Each side gets five pages. Do not file a motion asking for more pages. Use double spacing and avoid footnotes. Attach documents (such as disputed written discovery or responses) as needed. Redact any attachments as required by Federal Rule of Civil Procedure 5.2 to protect confidential information. File the joint report sufficiently before the discovery cutoff so that the dispute can be resolved, and any additional discovery completed, without undermining other pretrial deadlines. The Court will rule or schedule a hearing. Alert the law clerk on the case to the joint report's filing. If a dispute arises during a deposition, call chambers so the Judge can rule during the deposition.