# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAMUEL ACKER, *et al.*, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PROTECH SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 4:20-CV-852-DPM<br><br>Chief Judge D. Price Marshall, Jr. |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## OF PLAINTIFF AUBREY WHITNEY

IT IS HEREBY STIPULTATED, by and between Plaintiff Aubrey Whitney ("Whitney"), through counsel, and Defendant Protech Solutions, Inc. ("Defendant"), through its counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Whitney shall be dismissed as a party Plaintiff in this matter without prejudice.

In the event that a class is certified in this matter and Whitney is a member of the certified class, this dismissal is without prejudice to Whitney's right to participate as a member of the certified class. However, as a condition of this stipulation, Plaintiffs' counsel agree that they will not seek appointment of Whitney to serve in any capacity as a class representative in this matter.

Whitney and Defendant agree that this stipulated dismissal has no effect on the Court's jurisdiction as to other matters relating to this cause, including the claims of all other Plaintiffs and putative Class members. All parties are to bear their own respective attorneys' fees and costs related to the dismissed of Whitney in this action.

DATED: November 17, 2020

| | |
|---|---|
| Eric L. Samore (*pro hac vice*) | Thomas A. Zimmerman, Jr. (admitted *pro hac vice*) |
| Molly A. Arranz (*pro hac vice*) | *tom@attorneyzim.com* |
| Ronald D. Balfour *(pro hac vice)* | Sharon A. Harris (admitted *pro hac vice*) |
| SmithAmundsen, LLC | *sharon@attorneyzim.com* |
| 150 N. Michigan Avenue, Suite 3300 | ZIMMERMAN LAW OFFICES, P.C. |
| Chicago, Illinois 60601 | 77 W. Washington Street, Suite 1220 |
| (312) 894-3200 | Chicago, Illinois 60602 |
| *ESamore@salawus.com* | (312) 440-0020 telephone |
| *MArranz@salawus.com* | (312) 440-4180 facsimile |
| *RBalfour@salawus.com* | *firm@attorneyzim.com* |
| | |
| James Phillips | Dustin McDaniel |
| Hyden, Miron & Foster, PLLC | MCDANIEL, WOLFF & BENCA, PLLC |
| 901 N. University Ave. | 1307 West 4th Street |
| Little Rock, AR 72207 | Little Rock, Arkansas 72201 |
| P (501) 376-8222 | (501) 954-8000 telephone |
| F (501) 376-7047 | *dmcdaniel@mwbfirm.com* |
| *jim.phillips@hmflaw.net* | |
| | Marc E. Dann (admitted *pro hac vice*) |
| *Counsel for Defendant* | Brian D. Flick (*pro hac vice* anticipated) |
| | DANNLAW |
| | P.O. Box 6031040 |
| | Cleveland, Ohio 44103 |
| | (216) 373-0539 telephone |
| | (216) 373-0536 facsimile |
| | *notices@dannlaw.com* |
| | |
| | *Counsel for Plaintiffs and the putative Class* |