# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| SAMUEL ACKER, *et al.*, individually, and on behalf of all others similarly situated, | Case No. 4:20-CV-852-DPM |
|     Plaintiffs, | Chief Judge D. Price Marshall, Jr. |
| v. | |
| PROTECH SOLUTIONS, INC., | |
|     Defendant. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## OF PLAINTIFF ROGER WINNEBERGER

IT IS HEREBY STIPULTATED, by and between Plaintiffs Roger Winneberger III ("Winneberger"), through counsel, and Defendant Protech Solutions, Inc. ("Defendant"), through its counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Winneberger shall be dismissed as a party Plaintiff in this matter without prejudice.

In the event that a class is certified in this matter and Winneberger is a member of the certified class, this dismissal is without prejudice to the rights of Winneberger to participate as a member of the certified class. However, as a condition of this stipulation, Plaintiffs' counsel agree that they will not seek appointment of Winneberger to serve in any capacity as a class representative in this matter.

Winneberger and Defendant agree that this stipulated dismissal has no effect on the Court's jurisdiction as to other matters relating to this cause, including the claims of all other Plaintiffs and putative class members. All parties are to bear their own respective attorneys' fees and costs related to the dismissal of Winneberger in this action.

DATED: May 19, 2021

Eric L. Samore (*pro hac vice*)
Molly A. Arranz (*pro hac vice*)
Ronald D. Balfour *(pro hac vice)*
SmithAmundsen, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
*ESamore@salawus.com*
*MArranz@salawus.com*
*RBalfour@salawus.com*

James Phillips
Hyden, Miron & Foster, PLLC
901 N. University Ave.
Little Rock, AR 72207
P (501) 376-8222
F (501) 376-7047
*jim.phillips@hmflaw.net*

*Counsel for Defendant*

Thomas A. Zimmerman, Jr. (admitted *pro hac vice*)
*tom@attorneyzim.com*
Sharon A. Harris (admitted *pro hac vice*)
*sharon@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
*firm@attorneyzim.com*

Dustin McDaniel
MCDANIEL, WOLFF & BENCA, PLLC
1307 West 4th Street
Little Rock, Arkansas 72201
(501) 954-8000 telephone
*dmcdaniel@mwbfirm.com*

Marc E. Dann (admitted *pro hac vice*)
Brian D. Flick (*pro hac vice* anticipated)
DANNLAW
P.O. Box 6031040
Cleveland, Ohio 44103
(216) 373-0539 telephone
(216) 373-0536 facsimile
*notices@dannlaw.com*

*Counsel for Plaintiffs and the putative Class*