IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SAMUEL ACKER and ARLAN PECKHAM,
Each Individually and on behalf of all
others similarly situated                                PLAINTIFFS

v.                     No. 4:20-cv-852-DPM

PROTECH SOLUTIONS, INC.                                  DEFENDANT

### ORDER

The Court has reviewed Tracepoint's forensic report and engagement correspondence *in camera* to evaluate the company's claim that the report is protected. Those documents, in conjunction with the other materials of record, in particular the Ventrone and Levy declarations, convince the Court that Tracepoint has carried its burden: the report is protected work product prepared primarily in anticipation of litigation about the data breach. FED. R. CIV. P. 26(b)(3)(A); *Schipp v. General Motors Corp.*, 457 F. Supp. 2d 917, 923–24 (E.D. Ark. 2006). Acker has not shown that any of Rule 26(b)(3)(A)'s exceptions apply. The Court therefore mostly quashes Acker's subpoena for good cause shown. FED. R. CIV. P. 45(d)(3)(A)(iii). Tracepoint must produce the redacted underlying data (as offered) at an agreed location (such as Husbeby) by 30 July 2021. Joint report, *Doc.* 74, addressed.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

20 July 2021