IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SAMUEL ACKER; PHILLIP DAVIDSON;
TERRY MORROW; ARLAN PECKHAM;
AARON SHEPARD; AUBREY WHITNEY;
and ROGER WINNEBERGER, III, each
Individually and on behalf of all others
similarly situated                                                    PLAINTIFFS

v.                              No. 4:20-cv-852-DPM

PROTECH SOLUTIONS, INC.                                               DEFENDANT

## JUDGMENT

1. Davidson's, Morrow's, Shepard's, Whitney's, Winneberger's, and the uncertified class's claims against Protech Solutions, Inc. are dismissed without prejudice.

2. Acker's and Peckham's claims against Protech Solutions, Inc. are dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 March 2022